Cadee Peters, SBN 225116
2014 Tulare Street Suite 210
Fresno, CA 93721
Tel. (559) 408-7464
Fax. (559) 408-7465

Attorney for Defendant, **ROBERT LEE HOGAN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>) <br>vs. )<br>)<br>ROBERT LEE HOGAN )<br>)<br>Defendant. )<br>) | **1:08CR00419-01 LJO**<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PROBATION** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of probation be modified to reflect that Mr. Hogans travels during the period of probation not be restricted. This issue was not addressed at sentencing on July 10, 2009, however, Probation did not object to returning Mr. Hogan's passport to him, all parties agree to this stipulation.

///
///
///
///

```
Dated: July 20, 2009.                    /s/ CADEE PETERS
                                         Cadee Peters,
                                         Attorney for Defendant,
                                         Robert Lee Hogan

Dated: July 20, 2009.                    /s/ ROSS MICHELI
                                         ROSS MICHELLI,
                                         UNITED STATES PROBATION OFFICER


                                         Stipulation has been agreed to
                                         by Mr. MICHELI.


Dated: July 20, 2009.                    /s/ LAUREL MONTOYA
                                         LAUREL MONTOYA,
                                         Assistant U.S. Attorney.

                                         Stipulation has been agreed to
                                         by MS. MONTOYA.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   July 22, 2009**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE