

1  Cadee Peters, SBN 225116
   2014 Tulare Street Suite 210
2  Fresno, CA 93721
   Tel. (559) 408-7464
3  Fax. (559) 408-7465

4  Attorney for Defendant, **ROBERT LEE HOGAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08CR00419-01 LJO |
| Plaintiff, ) | **SECOND STIPULATION AND ORDER TO MODIFY CONDITIONS OF PROBATION** |
| vs. ) | |
| ROBERT LEE HOGAN ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of probation be modified to reflect that Mr. Hogans travels during the period of probation not be restricted. This issue was not addressed at sentencing on July 10, 2009, however, Probation did not object to returning Mr. Hogan's passport to him, Mr. Hogans Passport number is 039252771, all parties agree to this stipulation.

Dated: July 20, 2009.                    /s/ CADEE PETERS
                                         Cadee Peters,
                                         Attorney for Defendant,
                                         Robert Lee Hogan

1
2
Dated: July 20, 2009.                    /s/ ROSS MICHELI
3                                        ROSS MICHELLI,
                                         UNITED STATES PROBATION OFFICER
4
5                                        Stipulation has been agreed to
                                         by Mr. MICHELI.
6
7
Dated: July 20, 2009.                    /s/ LAUREL MONTOYA
8                                        LAUREL MONTOYA,
                                         Assistant U.S. Attorney.
9
                                         Stipulation has been agreed to
10                                       by MS. MONTOYA.
11
12                          **ORDER**
13  IT IS SO ORDERED.
14  **Dated:   September 8, 2009**         **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28                              2